# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 27, 2012

No. 11-30924

Lyle W. Cayce
Clerk

MARY LASHONDA WEBBER, also known as LaShonda Webber,

Plaintiff–Appellant

v.

CHRISTUS SCHUMPERT HEALTH SYSTEM,

Defendant–Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:10-CV-1177

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

Plaintiff–Appellant Mary LaShonda Webber appeals the district court's grant of summary judgment in favor of Defendant–Appellee Christus Schumpert Health System, arguing that the district court erred in finding that she failed to meet her burden of establishing a prima facie case of discrimination or retaliation. Based on the record before us, the district court's judgement is affirmed, essentially for the same reasons stated in the district court's opinion.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.